UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS, <br><br>          Plaintiff, <br><br> v. <br><br> EMPLOYMENT SECURITY DEPARTMENT et al., <br><br>          Defendants. | CASE NO. 3:23-cv-05713-DGE <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 12) |

This matter comes before the Court on the Report and Recommendation of the Honorable Grady J. Leupold, United States Magistrate Judge.  Plaintiff filed an objection to the Report and Recommendation, but failed to articulate a legal or factual basis that would call into question the analysis contained in the Report and Recommendation.  (*See* Dkt. No. 13.)

The Court, having considered *de novo* the Report and Recommendation (Dkt. No. 12), Plaintiff's objections (Dkt. No. 13), and the remaining record, does hereby find and ORDER as follows:

1. The Report and Recommendation (Dkt. No. 12) is ADOPTED.

2. Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. No. 1) is DENIED, and this case is DISMISSED without prejudice.

Dated this 17th day of October 2023.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 12) - 1