UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TIFFANY RECINOS,<br><br>     Plaintiff,<br><br> v.<br><br>EMPLOYMENT SECURITY DEPARTMENT et al.,<br><br>     Defendants. | CASE NO. 3:23-cv-05713-DGE<br><br>ORDER DENYING MOTION FOR EXTENSION (DKT. NO. 18) AND DENYING MOTION FOR DEFAULT (DKT. NO. 22) |

Before the Court are Plaintiff Tiffany Recinos' Motion for Extension of Time to File Notice of Appeal (Dkt. No. 18) and Motion for Default and Default Summary Judgment (Dkt. No. 22).

The Court DENIES as moot Ms. Recinos' motion for extension. (Dkt. No. 18.) Ms. Recinos had already filed a notice of appeal (Dkt. No. 16) prior to filing her motion for extension of time to file a notice of appeal (Dkt. No. 18). Moreover, the Ninth Circuit has already found that Ms. Recinos' notice of appeal failed to challenge any final or immediately appealable order entered by this Court. (Dkt. No. 19.) In addition, to the extent Ms. Recinos seeks an extension to appeal the Court's Order Adopting Report and Recommendation (Dkt. No. 14), her statement

that she "was unaware of deadline" (Dkt. No. 18 at 2) without more is insufficient to grant an extension.

The Court further DENIES Ms. Recinos' motion for default and default summary judgment.  (Dkt. No. 22.)  The Court previously entered final judgment dismissing the case (Dkt. No. 15); as such, the motion is not properly before the Court.

Dated this 27th day of December 2023.

David G. Estudillo
United States District Judge

ORDER DENYING MOTION FOR EXTENSION (DKT. NO. 18) AND DENYING MOTION FOR DEFAULT (DKT. NO. 22) - 2